STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:21-MJ-71905-MAG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| v. | |
| JOHN RUSSELL BELLHOUSE, | |
| Defendant. | |

A status conference in the above-captioned case is scheduled for January 10, 2022. Counsel for the United States and counsel for the defendant jointly stipulate and request that that status conference be continued to February 7, 2022, and that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from January 10, 2022 to February 7, 2022.

The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare. The government has produced discovery, and intends to make an additional production shortly, and defense counsel needs time to review the discovery. For these reasons, the parties stipulate and agree that excluding time until February 7, 2022, will allow for the effective preparation of counsel. *See*

18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice served by excluding time from January 10, 2022 to February 7, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: January 7, 2022                                   /s/ Molly K. Priedeman
                                                                          MOLLY K. PRIEDEMAN
                                                                          Assistant United States Attorney

DATED: January 7, 2022                                   /s/  Shaffy Moeel
                                                                          SHAFFY MOEEL
                                                                          Attorney for the Defendant

STIPULATION TO CONTINUE AND EXCLUDE
TIME AND ORDER
4:21-MJ-71905-MAG                                       2

## ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from January 10, 2022 to February 7, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from January 10, 2022 to February 7, 2022, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 10, 2022 to February 7, 2022, shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) and the status conference is continued to February 7, 2022.

IT IS SO ORDERED.

DATED: January 10, 2022



_____
THE HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION TO EXCLUDE
TIME AND ORDER
4:21-MJ-71905-MAG